# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MCKENZIE,<br><br>    Plaintiff,<br><br>  v.<br><br>E. BANUELOS, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00434 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>[ECF No. 9] |

Plaintiff Gustavo McKenzie ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2014, Defendant removed this action to federal court.

On February 27, 2015, Plaintiff filed a request seeking default judgment. Fed. R. Civ. P. 55(a). Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). In this case,

the Court has not yet screened the complaint.  Therefore, Plaintiff's motion for default judgment is premature.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is DENIED.

IT IS SO ORDERED.

Dated: __March 3, 2015__                    _____
                                                                    SENIOR DISTRICT JUDGE