# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MCKENZIE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. BANUELOS, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00434 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>[ECF No. 12] |

　　　　Plaintiff Gustavo McKenzie ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2014, Defendant removed this action to federal court.

　　　　On February 27, 2015, Plaintiff filed a request seeking default judgment. Fed. R. Civ. P. 55(a). On March 3, 2015, Defendants filed an opposition to the motion for default. On March 4, 2015, the Court denied the motion for default. Plaintiff was advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff was advised that the Court had not yet screened the complaint. Therefore, Plaintiff's motion for default judgment was denied as premature.

　　　　On March 11, 2015, the Court dismissed the complaint with leave to amend. On April 8, 2015, Plaintiff filed a First Amended Complaint. Plaintiff also filed another request for entry of

default judgment. Plaintiff is again advised that default judgment is inappropriate in this matter. Plaintiff has filed a First Amended Complaint which has not yet been screened. Once the complaint is screened and if the Court finds cognizable claims are presented, then Defendants will be directed to answer the complaint. At the present time, Defendants are not required to plead or defend against the complaint.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is DENIED.

IT IS SO ORDERED.

Dated:   **April 22, 2015**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE