# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MCKENZIE, | Case No.  1:14-cv-00434 AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR REMAND |
| v. | |
| E. BANUELOS, et al., | [ECF Nos. 14, 17] |
| Defendants. | |

Plaintiff Gustavo McKenzie, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On March 25, 2014, Defendant removed this action to federal court.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2015, the Magistrate Judge issued Findings and Recommendations that recommended Plaintiff's motion for remand be DENIED with leave to renew at a later date.  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days.  Over fourteen days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed June 22, 2015, are ADOPTED in full; and

3    2.    Plaintiff's motion for remand is DENIED with leave to renew at a later date.

4

5    IT IS SO ORDERED.

6    Dated:    August 3, 2015

SENIOR   DISTRICT   JUDGE

2